PEOPLE v. WASSER. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Proceeding by the People of the State of New York against David Wasser. No opinion. Motion granted. Order filed.

PEOPLE v. WEINSTEIN. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Proceeding by the People of the State of New York against Moritz Weinstein. No opinion. Motion tò dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. WILLINGER, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Proceeding by the People of the State of New York against Morris Willinger. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. WOODS, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Proceeding by the People of the State of New York against Michael Woods. No opinion. Appeal dismissed, upon authority of People v. Cucurullo, 148 N. Y. Supp. supra, decided herewith.

PEOPLE ex rel. AMBROSE v. SMITH (two cases). (Supreme Court, Appellate Division, First Department. June 5, 1914.) Proceedings by the People of the State of New York, on the relation of John F. Ambrose, against R. A. C. Smith, as commissioner. No opinion. Motion granted. Order filed.

PEOPLE ex rel. BUCK, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Proceeding by the People of the State of New York, on the relation of John S. Buck, against William Williams, as Commissioner of Water Supply, Gas and Electricity, etc. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of People ex rel. Davison v. Williams, 148 N. Y. Supp. infra, decided herewith.

PEOPLE ex rel. CITY OF NEW YORK v. DICKEY et al. (Supreme Court, Appellate Division, First Department, June 19, 1914.) Proceeding by the People of the State of New York, on the relation of the City of New York, against William D. Dickey and others. C. J. Nehrbas, of New York City, for relator. B. E. V. McCarty, of New York City, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1133.

PEOPLE ex rel. COLLINS, Appellant, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Proceeding by the People of the State of New York, on the relation of William A. Collins, against Rhinelander Waldo, as Police Commissioner, etc. J. Rouss, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. DALY v. HENDERSON. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Proceeding by the People of the State of New York, on the relation of William J. Daly, against James A. Henderson as Superintendent of Buildings, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 148 App. Div. 225, 133 N. Y. Supp. 304.

PEOPLE ex rel. DAMATO, Respondent, v. KEMPNER, City Magistrate, et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Proceeding by the People of the State of New York, on the relation of Gaetano Damato, against Otto Kempner, City Magistrate, etc., and another.

PER CURIAM. As the complaining witness, Zrake, had long carried on dentistry in violation of statute, relator's alleged payments for five months in 1912, and the $20 monthly payments thereafter, could be found to have been in order to buy silence and protection for offenses already committed, as well as for future infractions. Therefore the question to what extent such payments were induced by fear, so as to make out the offense of extortion, was for the jury. People v. Gardner, 144 N. Y. 119, 38 N. E. 1003, 28 L. R. A. 699, 43 Am. St. Rep. 741. The order is therefore reversed, the relator remanded, the bail bond given by relator reinstated, and the writ of habeas corpus dismissed.

PEOPLE ex rel. DAVISON, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Proceeding by the People of the State of New York, on the relation of Elbert T. Davison, against William Williams, as Commissioner of Water Supply, Gas, and Electricity, etc. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of Mr. Justice Kelly at Special Term, 147 N. Y. Supp. 1036.

PEOPLE ex rel. DICK v. WALDO, Police Com'r. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Proceeding by the People of the State of New York, on the relation of David S. Dick, against Rhinelander Waldo, as Police Commissioner, etc. J. Rouss, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. DOUGHERTY v. WALDO, Police Com'r. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Proceeding by the People of the State of New York, on the relation of William J. Dougherty